BROWN, Respondent, v. McGUCKIN, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Henry C. Brown against Hugh McGuckin. No opinion. Judgment affirmed, with costs.

---

BROWN, Respondent, v. POPKE, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Rebecca Brown against Edward Popke. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

BUCK, Respondent, v. JARVIS, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by John N. Buck against Sarah M. Jarvis. No opinion. Judgment and order of the County Court of Westchester county affirmed, with costs.

---

BUFFALO VEGETABLE MARKETING CO., Appellant, v. BRADLEY, Respondent. (Action No. 1.) (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by the Buffalo Vegetable Marketing Company against Lewis A. Bradley. No opinion. Order affirmed, with $10 costs and disbursements.

---

BUFFALO VEGETABLE MARKETING CO., Appellant, v. BRADLEY, Respondent. (No. 2.) (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by the Buffalo Vegetable Marketing Company against Lewis A. Bradley. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

---

BURKE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Mary J. Burke against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

BURLINGHAM et al., Respondents, v. ADAMS, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Charles G. Burlingham and others against Robert S. Adams. N. Johnson, for appellant. I. L. Ernst, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

BURNS et al., Appellants, v. BENNETT, Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Bridget Burns and another against William W. Bennett. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

---

BURNS, Respondent, v. STAUNTON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by George G. Burns against William Staunton and another.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 128 App. Div. 907, 112 N. Y. Supp. 1123.

McLENNAN, P. J., dissents, upon the ground that the article was not libelous per se, and that, therefore, the plaintiff is not entitled to recover.

---

BUSCH v. CASEY. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Theodore Busch against William Casey. No opinion. Motion granted. Settle order on notice.

---

BUSCH, Respondent, v. CASEY, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Theodore Busch against William Casey. L. Cohn, for appellant. J. B. Henney, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM and McLAUGHLIN, JJ., dissent.

---

BUTLER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Sydney B. Butler, as administrator, against the City of New York. T. J. Bannon, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

CALEO et al., Appellants, v. GOLDSTEIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Vito Caleo and others against Lena Goldstein and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 118 N. Y. Supp. 859.

---

CAMPBELL, Respondent, v. FRONTIER TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) Action by Albert E. Campbell against the Frontier Telephone Company. No opinion. Judgment and order affirmed, with costs.

---

CANDEE, SMITH & HOWLAND CO., Respondent, v. JAMES D. MURPHY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by the Candee, Smith & Howland Company against the James D. Murphy Company and another. A. L. Davis, for appellants. A. R. Hagar, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM and McLAUGHLIN, JJ., dissent.